**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 125 MM 2018
:
Respondent :
:
:
:
v. :
:
:
:
JOHN WILLIAM WILLIAMS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2018, the Application for Leave to File Original Process and the Application for Leave to Amend are GRANTED, and the Amended Petition for Writ of Habeas Corpus and Extraordinary Relief is DENIED.